COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Hon. M. Bofill Duhe
District Attorney
300 Iberia St., #200
New Iberia LA 70560

W. Claire Howington
Iberia Parish ADA
300 Iberia St. Ste 200
New Iberia La 70560

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 28, 2021

**REHEARING ACTION: April 28, 2021**

**Docket Number: 20   00091-KA**

**STATE OF LOUISIANA
VERSUS
MICHAEL THIBODEAUX**

**Appealed from Iberia Parish Case No. 18-CR-691**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell
Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

**DENIED**

cc:John S. McLindon, Counsel for the Appellant